HITCH, APPELLEE, *v.* THOMAS ET AL., APPELLANTS.

[Cite as *Hitch v. Thomas,* 117 Ohio St.3d 74, 2008-Ohio-498.]

(No. 2007–1062—Submitted February 6, 2008—Decided February 13, 2008.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Manley v. Marsico,* 116 Ohio St.3d 85, 2007-Ohio-5543, 876 N.E.2d 910.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Becker & Mishkind Co., L.P.A., Pamela Pantages, and Michael F. Becker, for appellee.

Robison, Curphey & O'Connell, Jean M. O'Brien, and Jean Ann S. Sieler, for appellants.